# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2023-0344
_____

DON J. PORTER,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Leon County.
Francis J. Allman, Jr., Judge.

March 5, 2024

PER CURIAM.

AFFIRMED.

B.L. THOMAS, M.K. THOMAS, and TANENBAUM, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Don J. Porter, pro se, Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.